# CIVIL CAUSE FOR SETTLEMENT CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 6/30/2022   TIME: 10:00 AM   TIME IN COURT: 1 Hour

CASE: **Eiden v. County of Nassau et al**
**2:19-cv-03876-JMA-SIL**

APPEARANCES: For Plaintiff: Brett Klein

For Defendants: Andrew Fuchs

FTR:

**FILED**
**CLERK**
6/30/2022 3:28 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
  Moving papers served by:
  Response:
  Reply:
  - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ A further telephone status conference scheduled for   with Judge Azrack. Counsel shall dial 1-877-873-8017 and enter access code 4785432 at the prompt.
- ☒ Other: Defendant to contact Chambers by July 15, 2022 regarding settlement.